| | | | |
|---|---|---|---|
| State v. Ealy† | 2016AP001893 CR through | | |
| | 2016AP001895 CR | 09–06–2017 | Affirmed |
| State v. Zamora† | 2016AP001923 CR | 09–27–2017 | Affirmed |
| State v. Teague | 2016AP001936 CR | 09–12–2017 | Affirmed |
| Karsten v. Terra Eng'g & Constr. Corp. | 2016AP002025 | 09–07–2017 | Affirmed |
| State v. Messnick | 2016AP002171 CR | 09–13–2017 | Affirmed |
| Flanagan v. Samain | 2016AP002202 | 09–19–2017 | Reversed and remanded |
| Baker v. Rural Mut. Ins. Co. | 2016AP002203 | 09–12–2017 | Reversed and remanded |
| Duffrin v. Hutchinson† | 2016AP002217 | 09–20–2017 | Affirmed |
| Bleichwehl v. City of Milwaukee Emp.'s Ret. Sys. | 2016AP002265 | 09–14–2017 | Affirmed |
| State v. Potter† | 2016AP002330 CR, 2016AP002331 CR | 09–26–2017 | Affirmed |
| Menzel Enters., Inc. v. Rose Invs., LLC | 2016AP002440 | 09–21–2017 | Reversed and remanded |
| State v. Brandsma | 2016AP002480 CR | 09–14–2017 | Affirmed |
| State v. Ambroziak | 2017AP000022 CR | 09–19–2017 | Affirmed |
| State v. Wallk | 2017AP000061 | 09–26–2017 | Affirmed |
| State v. J. M. W. | 2017AP000158 | 09–06–2017 | Affirmed |
| State v. Parker | 2017AP000164 CR | 09–28–2017 | Reversed and remanded |
| State v. Arias | 2017AP000228 CR | 09–26–2017 | Reversed and remanded |

† Petition to review filed.